siding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Abe Greenberg, appellant. Gen. No. 26,995.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Al. Carney, appellant. Gen. No. 26,996.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

City of Chicago, appellee, v. Julius Belgrade, appellant. Gen. No. 26,997.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

City of Chicago, appellee, v. James Mogley, appellant. Gen. No. 26,998.

Conviction of violation of section 2012 of the Municipal Code. Commitment for nonpayment of fine and costs. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the October term, 1920. Motion allowed and judgment affirmed. Opinion filed June 3, 1921.

No appearance for appellant. Louis P. Piquett and Daniel Webster, for appellee.

Per Curiam.

---

Joseph F. Triska, appellee, v. Stockmen's Trust & Savings Bank, appellant. Gen. No. 26,372.

Action for fraud and deceit in giving plaintiff information resulting in the cashing of a certain check. Judgment for plaintiff. Ap-